IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-0132-01-CR-W-GAF |
| | ) | |
| THEODORE TIGER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER DENYING MOTION TO DISMISS AS TO COUNT I OF INDICTMENT

Now pending before the Court is Defendant's Motion to Dismiss as to Count I of Indictment. The Court having considered said motion, it is

ORDERED that Defendant's motion is denied for the reasons stated in the Government's response.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: July 17, 2009