# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 08-0132-01-CR-W-GAF |
| THEODORE TIGER, JR. and | ) |
| DANIEL J. ROSS, an interested party, | ) |
| Defendants. | ) |

## ORDER

For his failure to appear for trial herein and all reasons stated on the record, the Court finds Daniel J. Ross in criminal contempt. Mr. Ross is SENTENCED to three (3) consecutive days in the custody of the United States Marshal and is ORDERED to self-surrender on or before August 17, 2009, at noon CST.

**IT IS SO ORDERED.**

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: **July 27, 2009**