IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-00132-01-CR-W-GAF |
| | ) | |
| THEODORE TIGER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Wire Tap for Failure to Minimize and Record All Communications (Doc. #116). On January 22, 2010, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. #146). On February 5, 2010, Defendant's Objections to the Report and Recommendation of United States Magistrate (Doc. #158) were filed.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Wire Tap for Failure to Minimize and Record All Communications (Doc. #116) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: February 9, 2010